# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **ALBERT C. BURGESS JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00158-GCM |
| | ) | 1:09-cr-00017-GCM-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2018 Order.

June 8, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court